# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Donald Eugene Walker, **Debtor 1** | Chapter 13 |
| Glenda J Walker, **Debtor 2** | Case No. 1:22–bk–00100–HWV |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on March 18, 2022. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: April 27, 2022

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Donald Eugene Walker<br>**Debtor 1**<br>Glenda J. Walker<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:22-BK-00100-HWV<br><br>**Matter:** Order Confirming Amended Chapter 13 Plan |

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, April 27, 2022, I served a true and correct copy of the **Order Confirming Amended Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

Label Matrix for local noticing
0314-1
Case 1:22-bk-00100-HWV
Middle District of Pennsylvania
Harrisburg
Fri Mar 18 13:18:25 EDT 2022

CBNA / The Home Depot
PO Box 6497
Sioux Falls, SD 57117-6497

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

First Commonwealth Bank
601 Philadelphia Street
Indiana, PA 15701-3952

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Kornfield and Benchoff, LLP
100 Walnut Street
Waynesboro, PA 17268-1646

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

M&T BANK
P.O. BOX 1508
BUFFALO, NY 14240-1508

M&T Bank
Attn: Legal Document Processing
626 Commerce Drive
Amherst, NY 14228-2391

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011-4706

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Patriot Federal Credit Union
800 Wayne Avenue
PO Box 778
Chambersburg, PA 17201-0778

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

(p)PENTAGON FEDERAL CREDIT UNION
ATTN BANKRUPTCY DEPARTMENT
P O BOX 1432
ALEXANDRIA VA 22313-1432

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quicken loans
1050 Woodward Ave
Detroit, MI 48226-3573

Rocket Mortgage, LLC fka Quicken Loans, at.
635 Woodward Avenue
Detroit MI 48226-3408

Rebecca Ann Solarz
KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106-1541

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Synchrony Bank / Lowe's
Attn: Bankruptcy Department
PO Box 965061
Orlando, FL 32896-5061

US Bank Cardmember Service
Attn: Bankruptcy Department
PO Box 6335
Fargo, ND 58125-6335

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

Donald Eugene Walker
1261 North Harmon Road
Newburg, PA 17240-9104

Glenda J Walker
1261 North Harmon Road
Newburg, PA 17240-9104

Worlds Foremost Bank
4800 NW 1st Street, Suite 300
Lincoln, NE 68521-4463

(p)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card<br>PO Box 15298<br>Wilmington, DE 19850 | Pentagon Federal Credit Union<br>PO Box 1432<br>Alexandria, VA 22313 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Rocket Mortgage, LLC f/k/a Quicken Loans,

End of Label Matrix
Mailable recipients   25
Bypassed recipients    1
Total                 26