IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Donald Eugene Walker** <br> **Glenda J. Walker** <br>                          Debtor(s) | **BK NO. 22-00100 HWV** <br><br> Chapter 13 |
| **Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.** <br>                          Movant <br>       vs. <br><br> **Donald Eugene Walker** <br> **Glenda J. Walker** <br>                          Debtor(s) <br><br> **Jack N. Zaharopoulos**, <br>                          Trustee | Related to Claim No. 1 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 27, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Donald Eugene Walker
1261 North Harmon Road
Newburg, PA 17240

Glenda J. Walker
1261 North Harmon Road
Newburg, PA 17240

Attorney for Debtor(s)
Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street (VIA ECF)
Camp Hill, PA 17011

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A (VIA ECF)
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: October 27, 2022

                                                                          **/s/Michael P. Farrington, Esq.**
                                                                          Michael P. Farrington, Esq.
                                                                          Attorney I.D. 329636
                                                                          KML Law Group, P.C.
                                                                          BNY Mellon Independence Center
                                                                          701 Market Street, Suite 5000
                                                                          Philadelphia, PA 19106
                                                                          (215) 825-6488
                                                                          mfarrington@kmllawgroup.com